■ In the Matter of the Estate of ESTHER A. SIPMEIER, Deceased. CHESTER M. POMAR, Appellant; MARIE BERNATZ et al., Respondents. — In a proceeding to compel respondent Marie Bernatz, as executrix of the estate of Esther A. Sipmeier, to convey real property upon petitioner's exercise of an option to purchase said property, petitioner appeals from an order of the Surrogate's Court, Putnam County, dated September 19, 1979, which, after a nonjury trial, denied the petition. Order affirmed, with costs payable by petitioner, for the reasons stated in the opinion of Surrogate Bowers. Hopkins, J. P., Rabin, Gulotta and Thompson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN BURTIS, Appellant. — Judgment of the County Court, Suffolk County, rendered July 12, 1979, affirmed. No opinion. This case is remitted to the County Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Hopkins, J. P., Rabin, Gulotta and Thompson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL CLARK, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered November 13, 1979, convicting him, as a juvenile offender, of robbery in the second degree, upon a jury verdict, and imposing a sentence of imprisonment of two and one-third years to seven years. Judgment modified, as a matter of discretion in the interest of justice, by reducing the sentence to a period of imprisonment of one to three years. As so modified, judgment affirmed. The sentence was excessive to the extent indicated herein. Titone, J. P., Lazer, Mangano and Cohalan, JJ., concur.